<u>DEFENDANT</u>:              CHRISTOPHER FASSIH

<u>YOB/AGE</u>:                1996/25 years old

<u>COMPLAINT</u>              _____ Yes        _____ No
<u>FILED?</u>
                          If Yes, MAGISTRATE CASE NUMBER_____

<u>OFFENSE(S)</u>:           18 U.S.C. § 2252(a)(2), (4)        Possession, receipt, access with
                                                           intent to view child pornography

                          18 U.S.C. § 2252A(a)(2), (5)       Possession, receipt, access with
                                                           intent to view child pornography

                          18 U.S.C. § 875(c)                Interstate communication of
                                                           threats

                          18 U.S.C.§ 844(e)                 Threats to kill by means of
                                                           explosives

                          18 U.S.C. § 1038(a)(1)            False information and hoaxes

<u>LOCATION OF</u>
<u>OFFENSE:</u>               Denver County/Larimer County, Colorado

<u>PENALTY</u>:              18 U.S.C. § 2252(a)(2), (4)        Imprisonment of NLT 5 years
                                                           and NMT 20 years; SR NLT 5
                                                           years and NMT life; NMT
                                                           $250,000 fine; $100 SA

                          18 U.S.C. § 2252A(a)(2), (5)       Imprisonment of NLT 5 years
                                                           and NMT 20 years; SR NLT 5
                                                           years and NMT life; NMT
                                                           $250,000 fine; $100 SA

                          18 U.S.C. § 875(c)                NMT 5 years imprisonment;
                                                           NMT 3 years SR; NMT
                                                           $250,000 fine; $100 SA

                          18 U.S.C.§ 844(e)                 NMT 10 years imprisonment;
                                                           NMT 3 years SR; NMT
                                                           $250,000 fine; $100 SA

                          18 U.S.C. § 1038(a)(1)            NMT 5 years imprisonment;
                                                           NMT 3 years SR; NMT
                                                           $250,000 fine; $100 SA


<u>AGENT</u>:                SA Marisa Budwick, FBI

<u>AUTHORIZED</u>             Andrea Surratt
<u>BY:</u>                   Assistant U.S. Attorney


<u>ESTIMATED TIME OF TRIAL</u>:

  _x_  five days or less _____ over five days

<u>THE GOVERNMENT</u>

<u>X</u> will seek detention in this case based on 18 U.S.C. § 3142(e)(3)(E) & (f)(1)

The statutory presumption of detention is applicable to this defendant.