AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 JUL 14 AM 8:43

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) Case No. 21-mj-00119-STV |
| CHRISTOPHER FASSIH | ) |
| *Defendant* | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay, CHRISTOPHER FASSIH, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

*Code Section*
18 U.S.C. § 2252(a)(2), (4); 2252A(a)(2), (5)
18 U.S.C. § 875(c)
18 U.S.C.§ 844(e)
18 U.S.C. § 1038(a)(1)

*Offense Description*
Possession, receipt, access with intent to view child pornography
Interstate communication of threats
Threats to kill by means of explosives
False information and hoaxes

Date: July 7, 2021

City and state: Denver, CO

*Issuing officer's signature*

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* July 7, 2021, and the person was arrested on *(date)* at
*(city and state)* July 9, 2021 Colorado Springs, CO

Date: 7/9/2021

*Arresting officer's signature*

Anna L Rinner, Special Agent FBI
*Printed name and title*