IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00235-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER FASSIH,

    Defendant.

---

### INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Washington, D.C. police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

### COUNT 2

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign

commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Washington, D.C. police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 3

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Boston, Massachusetts police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 4

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Boston, Massachusetts police station, by

means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 5

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Boston, Massachusetts police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 6

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Boston, Massachusetts police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 7

On or about July 5, 2021, in the State and District of Colorado, the defendant

CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Cleveland, Ohio police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 8

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Cleveland, Ohio police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 9

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and

unlawfully to damage and destroy a building, a Cleveland, Ohio police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 10

On or about July 5, 2021, in the State and District of Colorado, the defendant CHRISTOPHER FASSIH, by means and use of an instrument of interstate or foreign commerce, that is a cellular telephone, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building, a Miami, Florida police station, by means of an explosive, in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 844(e).

## COUNT 11

On or about July 4, 2021, in the State and District of Colorado and elsewhere, the defendant, CHRISTOPHER FASSIH, did knowingly transport and ship child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## COUNT 12

On or about July 6, 2021, in the State and District of Colorado, the defendant, CHRISTOPHER FASSIH, did knowingly possess any computer disk and other material

that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

1. The allegations contained in Counts 11-12 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code Section 2253.

2. Upon conviction of any of the violations alleged in Counts 11-12 of this Indictment involving violations of Title 18, United States Code Section 2252A, the defendant, CHRISTOPHER FASSIH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

   a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

   b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

 3. The property subject to forfeiture, pursuant to Title 18, United States Code Section 2253, includes, but is not limited to, the following item: a black and gray ZTE Android phone that was seized from FASSIH on or about July 6, 2021.

 4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: <u>s/ Andrea Surratt</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Tel: 303-454-0100
E-mail: andrea.surratt@usdoj.gov
Attorney for Government