IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00235-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER FASSIH,

        Defendant.

---

## MOTION TO RESTRICT ACCESS

      The defendant, Christopher Fassih, by and through undersigned counsel, Natalie

Stricklin, respectfully requests that Docket Numbers 21 and 22 be restricted at Level 2.

                         Respectfully submitted,

                         VIRGINIA L. GRADY
                         Federal Public Defender

                         s/ Natalie G. Stricklin
                         NATALIE G. STRICKLIN
                         Assistant Federal Public Defender
                         633 17th Street, Suite 1000
                         Denver, CO  80202
                         Telephone:  (303) 294-7002
                         FAX:  (303) 294-1192
                         Natalie_Stricklin@fd.org
                         Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 30, 2021, I filed the foregoing ***Motion to Restrict*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea L. Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Christopher Fassih (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant