IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   21-cr-00235-RBJ | Date: November 10, 2021 |
| Courtroom Deputy:   Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter:   N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Andrea Surratt* |
| v. | |
| 1. CHRISTOPHER FASSIH<br>**Defendant** | *Natalie Stricklin* |

## COURTROOM MINUTES

**COMPETENCY HEARING**

Court in Session:  10:31 a.m.

Appearance of counsel.

Defendant present in custody.

Discussion held on ECF No. 29.

**ORDERED:  Defendant is found incompetent to proceed and is committed to the custody of the attorney general for attempted restoration to competency.**

Discussion held on delay in transport of the defendant.

**ORDERED:  Parties will submit a proposed order.**

**Defendant is REMANDED to the U.S. Marshal.**

Court in Recess:  10:37 a.m.        Hearing concluded.        Total time in Court:  00:06