

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

December 17, 2021

The Honorable Judge R. Brooke Jackson
U.S. District Court
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 27 2021

JEFFREY P. COLWELL
CLERK

RE: FASSIH, Christopher
Register Number: 54394-509
Docket Number: 1:21-cr-00235-RBJ

Dear Judge Jackson:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on December 15, 2021, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end April 13, 2022. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date.

Please be advised we have limited PACER access and therefore request <u>ALL</u> relevant court orders be emailed to j2richardson@bop.gov to ensure we are compliant with all court directives.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Jasmine Richardson, Health Services Assistant, at extension 5467.

Respectfully,

T. Scarantino, Complex Warden

cc: Andrea Lee Surratt, Assistant United States Attorney
    Natalie Girard Stricklin, Defense Attorney

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Butner, North Carolina 27509*

☐ Federal Medical Center
  P.O. Box 1600
☐ Federal Correctional Institution II
  P.O. Box 1500
☐ Federal Correctional Institution
  P.O. Box 1000
☐ Low Security Correctional Institution
  P.O. Box 999

Official Business

80294-250099

RALEIGH NC 275
23 DEC 2021 PM

02 1P
0000007827
MAILED FROM ZIP CODE 27509
DEC 22 2021
$ 000.53⁰
U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES

Scanned by
US Marshal