IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  21-cr-00235-RBJ | Date: June 3, 2022 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter:  N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Andrea Surratt* |
| v. | |
| 1. CHRISTOPHER FASSIH<br>**Defendant** | *Natalie Stricklin* |

## COURTROOM MINUTES

**COMPETENCY HEARING**

Court in Session:  8:31 a.m.

Appearance of counsel.

Defendant present in custody.

The Court outlines the history of the case.

**ORDERED:**  **Defendant found competent to proceed to trial.**

**Three-day jury trial set to commence July 18, 2022, at 9:00 a.m.**

**Motions are to be filed on or before June 27, 2022.**

**Responses are to be filed on or before July 11, 2022.**

**Defendant is REMANDED to the U.S. Marshal.**

Court in Recess:  8:36 a.m.          Hearing concluded.          Total time in Court:  00:05