IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00235-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER FASSIH,

    Defendant.

## NOTICE OF DISPOSITION

    The defendant, Christopher Fassih, by and through undersigned counsel, Natalie Stricklin, hereby notifies this Court that a disposition has been reached in his case with the government.   The defendant would request a change of plea hearing for the court to consider the proposed plea agreement

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie_Stricklin@fd.org
    Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on June 29, 2022, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Andrea L. Surratt, Assistant United States Attorney
  E-mail: andrea.surratt@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Christopher Fassih (via U.S. mail)

           s/ Natalie G. Stricklin
           NATALIE G. STRICKLIN
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Natalie_Stricklin@fd.org
           Attorney for Defendant