IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-CR-235-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER FASSIH,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant CHRISTOPHER FASSIH in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On July 20, 2022, the defendant pled guilty to Count One of the Indictment pursuant to the terms enumerated in a written plea agreement. [ECF #42, 43]. Sentencing is scheduled for October 20, 2022. [ECF #42].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining counts of the Indictment as to this defendant. Specifically, the Government moves to dismiss Counts Two through Twelve of the Indictment.

3.  The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining counts of the Indictment as to defendant CHRISTOPHER FASSIH at the time of sentencing in the above-captioned matter.

Respectfully submitted this 4th day of October, 2022.

COLE FINEGAN
Acting United States Attorney

By:  s/ Andrea Surratt
Andrea Surratt
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
e-mail:  Andrea.Surratt@usdoj.gov