IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-CR-235-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER FASSIH,

    Defendant.

---

### GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

---

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant CHRISTOPHER FASSIH in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On July 20, 2022, the defendant pled guilty to Count One of the Indictment pursuant to the terms enumerated in a written plea agreement.  [ECF #42, 43].  Sentencing is scheduled for October 20, 2022.  [ECF #42].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

3.	The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant CHRISTOPHER FASSIH.

Respectfully submitted this 4th day of October, 2022.

        COLE FINEGAN
        United States Attorney

By:   *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov