IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00235-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER FASSIH,

       Defendant.

---

**DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. § 5K2.13**

---

The defendant, Mr. Christopher Fassih, by and through undersigned counsel, Natalie Stricklin, joins the Government's request that the Court grant a departure pursuant to U.S.S.G. § 5K2.13. Mr. Fassih, likewise, joins the Government in its sentencing request of time served (approximately 15 months) to be followed by 3 years of supervised release.

It is clear Mr. Fassih's conduct as charged in the Indictment, Doc. # 11, and pled to in his plea agreement, Doc. # 43, was driven by his mental illness.[1] It is undisputed that at the time Mr. Fassih committed these crimes, he believed the international mafia was after him and the only place he would be safe was in custody at the ADMAX facility in Florence. Ensuring his arrest and incarceration, and therefore his safety from the mafia, was Mr. Fassih's motivation for committing these offenses. Therefore, it is the

---

[1] Mr. Fassih agrees with the government's recitation of the facts in its Motion for Departure, Doc. # 47.

parties' position that Mr. Fassih committed the offense while "suffering from a significant reduced mental capacity" which "contributed substantially" to his conduct.  It is also the parties' position that the appropriate departure is to a sentence of time served to be followed by 3 years of supervised release.

The probation department agrees the §5K2.13 departure applies and that no further custodial sentence is warranted.  The probation department, however, recommends a different sentence.  The probation department recommends a sentence of 5 years of probation.

There is a minor dispute as to the guideline range.  Mr. Fassih agrees with the government that the advisory guideline range should be 18-24 months.  Mr. Fassih does not believe his conduct caused a substantial disruption of government services.  Mr. Fassih acknowledges that it is a close call as to whether the 4-level enhancement under §2A6.1(b)(2)(A) applies and, ultimately, the application of this specific offense characteristic should have no impact on the resulting sentence.

What is notable about each of the respective sentencing positions is that no one is requesting further incarceration.  During the pendency of this case, Mr. Fassih has either been housed in suicide watch at various pretrial detention facilities, the FMC at Butner, or Denver Health.  He has struggled with mental health symptomology during his incarceration and has not received the therapeutic intervention he needs to be well.  The hope of the parties is that while out of custody, either on supervised release or probation, Mr. Fassih will participate in mental health treatment and medication monitoring so that he can manage the symptoms of his mental illness and live a law-abiding life.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Natalie Stricklin
NATALIE STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
natalie.stricklin@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I electronically filed the foregoing ***Defendant's Motion for Downward Departure Pursuant to U.S.S.G. § 5K2.13*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Andrea L. Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Christopher Fassih (via U.S. mail

s/Natalie Stricklin
NATALIE STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
natalie.stricklin@fd.org
Attorney for Defendant