IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 21-cr-00235-RBJ | Date: | October 20, 2022 |
| Courtroom Deputy: | Bernique Abiakam | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | Meaghan Mills |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | *Andrea L. Surratt* |
| **Plaintiff,** | |
| v. | |
| CHRISTOPHER FASSIH, | *Natalie Girard Stricklin* |
| **Defendant.** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:31 a.m.

Court calls case.  Appearances of counsel.  Defendant present in custody.

Argument and statements given prior to sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to U.S.S.G.§5K2.13 (Filed 10/4/22; Doc. No. 47) GRANTED.

**ORDERED:**  Government's Rule 48 Motion To Dismiss Counts (Filed 10/4/22; Doc. No. 48) is GRANTED.

**ORDERED:**  Government's Motion Pursuant To U.S.S.G.§3E1.1(b) [Filed 10/4/22; Doc. No. 49] is GRANTED.

**ORDERED:** **Defendant's Motion For Downward Departure Pursuant To U.S.S.G.§5K2.13 (Filed 10/6/22; Doc. No. 52) is GRANTED.**

**ORDERED:** Defendant shall be placed on **PROBATION** for a period of **5 years.**

**ORDERED:** **Standard/Mandatory/Discretionary Conditions** of Probation, as stated on the record, including a **$100.00** Special Assessment fee, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal, for immediate release as specified.

**Court in recess:**  9:10 a.m.          Hearing concluded.          Total time:     00:39