IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-00235-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER FASSIH,

    Defendant.

_____

ORDER FOR PROBATION AND RELEASE FROM CUSTODY

_____

PURSUANT to and in accordance with the Sentencing Hearing held before the Honorable R. Brooke Jackson, United States District Judge, on October 20, 2022, it is hereby

ORDERED that the defendant CHRISTOPHER FASSIH is sentenced to **PROBATION, see judgment for details.**

    Dated:   October 20, 2022

                                              BY THE COURT:

                                              */s/ R. Brooke Jackson*
                                              R. BROOKE JACKSON,
                                              UNITED STATES DISTRICT JUDGE